VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
HAMID ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-03-0468 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS HEARING** |
| HAMID ABEDI, | |
| Defendant. | Date: June 24, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    HAMID ABEDI, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, DANIEL S. LINHARDT, Asst. U.S. Attorney, hereby agree to continue the status hearing set for April 29, 2005, to June 24, 2005, at 9:00 a.m.

    This continuance is requested because the defense is continuing to investigate possible defenses and has recently been provided additional discovery that had not been requested by Mr. Abedi's original counsel. In addition, the parties are attempting to globally settle this case and the related case of UNITED STATES V. HOSEIN MIKE ABEDI, CR-S-03-467 GEB.  The Government agrees to this continuance and the same is sought in the related case.

The parties further agree and stipulate that time should be excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) for the following reason: time for counsel to prepare (Local Code T4).  Accordingly time is excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from April 29, 2005, through and including June 24, 2005.

    IT IS SO STIPULATED.

Dated: April 29, 2005
                                    Respectfully submitted,

                                    /S/ Signature on file w/VCODY
                                    VICKI E. CODY
                                    Attorney for Defendant
                                    HAMID ABEDI

Dated: April 29, 2005
                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY


                                    /S/ Signature on file w/VCODY
                                    DANIEL S. LINHARDT
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  May 5, 2005

                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge

2