VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
HAMID ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,   )<br>  )<br>  v.    )<br>  )<br>HAMID ABEDI,   )<br>  )<br>    Defendant.   )<br>  )<br>_____ ) | NO. CR-S-03-0468<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING**<br><br>Date: September 16, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   HAMID ABEDI, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, DANIEL S. LINHARDT, Asst. U.S. Attorney, hereby agree to continue the status hearing set for June 24, 2005, to September 16, 2005, at 9:00 a.m.

   This continuance is requested because the defense is continuing to investigate possible defenses and has recently been provided additional discovery that had not been requested by Mr. Abedi's original counsel. In addition, the parties are attempting to globally settle this case and the related case of UNITED STATES V. HOSEIN MIKE ABEDI, CR-S-03-467 GEB.  The Government agrees to this continuance and the same is sought in the related case.

The parties further agree and stipulate that time should be excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) for the following reason: time for counsel to prepare (Local Code T4).  Accordingly time is excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from June 24, 2005, to and including September 16, 2005.

IT IS SO STIPULATED.

Dated: August 1, 2005
Respectfully submitted,

/S/ Signature on file w/VCODY
VICKI E. CODY
Attorney for Defendant
HAMID ABEDI

Dated: August 1, 2005

McGREGOR W. SCOTT
UNITED STATES ATTORNEY


/S/ Signature on file w/VCODY
DANIEL S. LINHARDT
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED:  August 2, 2005
nunc pro tunc

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2