VICKI E. CODY, Bar #157842
Attorney At Law
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
HAMID ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-03-0468 |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS HEARING** |
| HAMID ABEDI, | |
| Defendant. | Date: February 24, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   HAMID ABEDI, by and through his counsel, VICKI E. CODY and the United States Government, by and through its counsel, DANIEL S. LINHARDT, Asst. U.S. Attorney, hereby agree to continue the status hearing set for January 20, 2006, to February 24, 2006, at 9:00 a.m.

   This continuance is requested because the defendant is seeking to obtain different counsel to represent him.  The Government agreed to this continuance.

\\\

\\\

\\\

The parties further agree and stipulate that time should be excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161 et seq.) for the following reason: time for counsel to prepare (Local Code T4).  Accordingly time is excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from January 20, 2006, to and including February 24, 2006.

IT IS SO STIPULATED.

Dated: January 31, 2006

                                Respectfully submitted,

                                /S/ Signature on file w/VCODY
                                VICKI E. CODY
                                Attorney for Defendant
                                HAMID ABEDI

Dated: January 31, 2006

                                McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

                                /S/ Signature on file w/VCODY
                                DANIEL S. LINHARDT
                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 9, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge

```
VICKI E. CODY, Bar #157842
Attorney At Law
LAW OFFICES OF VICKI E. CODY
P.O. Box 189685
Sacramento, California 95818
Telephone: (916) 442-1468
Facsimile: (916) 442-1963

Attorney for Defendant
HAMID ABEDI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-03-0468 GEB |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| HAMID ABEDI, ) | |
| Defendant. ) | |
| _____ ) | |

     The undersigned hereby certifies that she is a person of such age and discretion and competent to serve papers.

     On February 2, 2006, I caused to be served a copy of the attached **STIPULATION AND ORDER** upon the parties as follows:

<u>VIA U.S. MAIL</u>          <u>VIA U.S. MAIL</u>
Daniel Linhardt, AUSA     Ezekial Cortez, Esq.
501 I Street, 10th Floor   1010 Second Ave
Sacramento, CA 95814      Suite 1850
                          San Diego, CA 92101

     I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2006

                                        /s/ Signature on file w/CODY
                                            VICKI E. CODY