DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HAMID ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-03-0468-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| HAMID ABEDI, ) | DATE: July 14, 2006 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: The Honorable Garland E. |
| ) | Burrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Anne Pings, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of June 2, 2006 be vacated and a Status Conference hearing date of July 14, 2006 at 9:00 a.m. be set.  This continuance is being requested because defense counsel is out of the district.  Additionally, investigation and defense preparation is on-going.

    IT IS FURTHER STIPULATED that the period from June 2, 2006 through

and including July 14, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: June 1, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HAMID ABEDI

Dated: June 1, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
ANNE PINGS
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  June 2, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                 2

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```