DANIEL J. BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HAMID ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-03-0468-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| HAMID ABEDI, ) | DATE: September 8, 2006 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: The Honorable Garland E. |
| ) | Burrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Anne Pings, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of August 4, 2006 be vacated and a Status Conference hearing date of September 8, 2006 at 9:00 a.m. be set.  This continuance is being requested because investigation and defense preparation is on-going.

    IT IS FURTHER STIPULATED that the period from August 4, 2006 through and including September 8, 2006 should be excluded pursuant to

18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 3, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Matthew C. Bockmon
                                      _____
                                      MATTHEW C. BOCKMON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      HAMID ABEDI

Dated: August 3, 2006

                                      MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Matthew C. Bockmon for
                                      _____
                                      ANNE PINGS
                                      Assistant U.S. Attorney
                                      per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  August 4, 2006

                                      <u>/s/ Garland E. Burrell, Jr.</u>
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                              3