```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
HAMID ABEDI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-03-468-GEB |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING HEARING ON DEFENDANT'S |
| v. | ) MOTION FOR CHANGE OF VENUE |
| HAMID ABEDI, | ) |
| | ) Date: January 12, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED between the parties, Anne Pings, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant, that the hearing date on Defendant's Motion for Change of Venue currently scheduled for Friday, November 3, 2006, be continued until January 12, 2007, at 9:00 a.m.  This continuance is due to the fact that defense counsel had an unexpected family emergency and is currently out of the district.

   IT IS FURTHER STIPULATED that the period from November 3, 2006 through and including January 12, 2007 should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E due to pendency of motion and upon 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon

continuity of counsel and defense preparation.

Dated: November 1, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    _____
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    HAMID ABEDI

Dated: November 1, 2006

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew C. Bockmon for
    _____
    ANNE PINGS
    Assistant U.S. Attorney
    per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  November 2, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order Continuing Hearing

-2-