McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAMID ABEDI, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S-03-0468-GEB <br><br> STIPULATION & PROPOSED ORDER <br> SETTING MOTIONS HEARING DATE |

It is hereby stipulated and agreed, by and between the defendant Hamid Abedi, by and through his counsel, Linda Harter on behalf of Matthew Bockmon,[1] and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set motions hearing date of January 12, 2007, and to set a new motions hearing date of <u>January 26, 2007</u>.

The defendant's brother has a similar case pending.  Both have

---

[1] Mr. Bockmon has been out of the jurisdiction on a family matter but is expected to be back before the requested hearing date.

-1-

1  filed substantially similar motions to transfer venue to the Central
2  District of California.  Hosein Abedi desires to have the hearing on
3  his venue motion on the same date as his brother.  Hamid Abedi's
4  hearing is currently set for January 12, 2007.  Hosein Abedi has,
5  however, filed three additional motions.  Due to filing deadlines
6  for two Ninth Circuit briefs and the intervening Christmas holidays,
7  the government will be unable to file its oppositions in time to
8  have a joint hearing on all the motions on that date and is
9  requesting additional time to file its opposition to the those
10 motions.  Thus, this request is made partly to accommodate the
11 desire of Hosein Abedi to have the motions of both defendants heard
12 on the same date.

13      The parties agree that they seek this small amount of
14 additional time for counsel to conduct factual and legal research
15 into the Medi-Cal regulations in order to determine if the case can
16 be resolved.  The parties desire to make this determination before
17 the Court rules on the motions to change venue, given that
18 disposition of the case would be more cumbersome if venue is
19 transferred.

20      The availability of the date has been verified with the Court's
21 clerk.

22      The parties agree that time should be excluded under the Speedy
23 Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in
24 that the ends of justice served by allowing defendant's counsel time
25 to conduct legal and factual investigation in a manner he believes
26 /////
27

necessary to provide effective representation to his client outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 7, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Anne Pings

ANNE PINGS
Assistant United States Attorney

/s/ Anne Pings

For Matthew Bockmon
With permission of Linda Harter
Counsel for Defendant Abedi

**IT IS SO ORDERED**.

Dated: December 12, 2006

GARLAND E. BURRELL, JR.
United States District Judge