```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    HAMID ABEDI
 7
```

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. CR-S-03-468-GEB |
| 12 | Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING HEARING ON DEFENDANT'S |
| 13 | v. ) | MOTION FOR CHANGE OF VENUE |
| 14 | HAMID ABEDI, ) | |
| | ) | Date:  February 9, 2007 |
| 15 | Defendant. ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| 16 | _____ ) | |

17

18      IT IS HEREBY STIPULATED between the parties, Anne Pings, Assistant

19 United States Attorney, attorney for plaintiff, and Matthew C. Bockmon,

20 Assistant Federal Defender, attorney for defendant, that the hearing

21 date on Defendant's Motion for Change of Venue currently scheduled for

22 Friday, January 26, 2007, be continued until February 9, 2007, at 9:00

23 a.m.  This continuance is requested because defense counsel is in the

24 process of meeting with his client in order to discuss the government's

25 recent and pending plea offer and in order to conduct research into the

26 possible immigration consequences of a misprision of felony conviction.

27      IT IS FURTHER STIPULATED that the period from January 26, 2007,

28 through and including February 9, 2007, should be excluded pursuant to

18 U.S.C. §§3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 24, 2007

          Respectfully submitted,

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Matthew C. Bockmon
          _____
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          HAMID ABEDI

Dated: January 24, 2007

          MCGREGOR W. SCOTT
          United States Attorney

          /s/ Matthew C. Bockmon for
          _____
          ANNE PINGS
          Assistant U.S. Attorney
          per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  January 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order Continuing Hearing