McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant United States Attorney
501 I Street, Suite 11-100
Sacramento, California 95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAMID ABEDI, ) <br> aka Julian Abedi, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR-S-3-468-GEB <br><br> MOTION AND ORDER <br> TO DISMISS INDICTMENT |

The United States hereby moves to dismiss the Indictment pending against this defendant in the above-captioned case.

Defendant Abedi has satisfied the terms of a deferred prosecution agreement. Accordingly, the government asks the Court to dismiss the indictment at this time.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /S/ Anne Pings
_____
ANNE PINGS
ASSISTANT U.S. ATTORNEY

**IT IS SO ORDERED.**

Dated: October 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

-1-