DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HAMID ABEDI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-03-0468-GEB |
| Plaintiff, ) | APPLICATION FOR ORDER AND ORDER EXONERATING BOND AND RELEASING |
| v. ) | PASSPORT |
| HAMID ABEDI, ) | |
| Defendant. ) | |
| _____ ) | |

The Court, having granted the government's motion to dismiss this case on October 31, 2007, ORDERS that the bond in the above matter is hereby exonerated and the defendant's passport is hereby released.

Dated: November 13, 2007

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    HAMID ABEDI

/////

/////

**O R D E R**

IT IS SO ORDERED.

DATED: November 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/abedi0468.ord

Order Exonerating Bond